# United States Court of Appeals
## For the First Circuit

No. 04-1592

UNITED STATES OF AMERICA,

Appellee,

v.

DARIO DELEON, a/k/a RAFAEL GARCIA,

Defendant, Appellant.

**ERRATA**

The opinion of this court, issued April 7, 2006, should be amended as follows:

p. 30, line 21:    replace "concern is" with "concern arises"

p. 32, line 7:    replace "make" with "defend"

p. 36, n.13 line 2: insert "bail" between "those" and "requirements"